IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPFON LORNE WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| THOMAS LAVAN, et al. | : | NO. 02-5018 |

ORDER

AND NOW, this       day of       2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the current standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, it is hereby

ORDERED that petitioner is granted leave to proceed in forma pauperis in this matter for all purposes, including any possible appeals, and, it is further

ORDERED that the Clerk of Court shall furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is further

ORDERED that petitioner shall complete these forms as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the forms, ***without recourse to any attachments***) and return them to the Clerk of Court within thirty (30) days, or else this civil action will be dismissed.

_____
EDUARDO C. ROBRENO, J.