IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPFON LORNE WILSON        :

                :

  v.            :    CIVIL ACTION NO. 02-5018

                :

THOMAS LAVAN, ET AL.

                :

ORDER OF REPORT AND RECOMMENDATION

  AND NOW, this   day of   ,   , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

  ORDERED that the above-captioned case is referred to the Honorable M. FAITH ANGELL, United States Magistrate Judge, for a report and recommendation.

                BY THE COURT:

                _____
                EDUARDO C. ROBRENO, J.

civrr