IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPFON LORNE WILSON<br>  [DL-6909] | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS LAVAN, et al. | : | NO. 02-5018 |

# **O R D E R**

AND NOW, this 8th day of July, 2004, it is hereby **ORDERED** that the Clerk of Montgomery County shall, as soon as possible, submit to my chambers a copy of all trial transcripts in the matter of <u>Commonwealth v. Stepfon Lorne Wilson</u>, Court of Common Pleas of Montgomery County, No. 2060 of 1997.

The transcripts should be sent to the following address:

> The Honorable M. Faith Angell, U.S.M.J.
> Rm. 3030
> United States Courthouse
> 601 Market Street
> Philadelphia, PA   19106

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE